**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| PETER MEYERS,<br><br>                Plaintiff,<br><br>vs.<br><br>UBER EATS, *et al.*,<br><br>                Defendants. | Case No. 2:19-cv-01758-APG-VCF<br><br>**REPORT AND RECOMMENDATION**<br><br>Complaint (ECF No. 4) |

Before the Court is pro se plaintiff Peter Meyers's complaint (ECF No. 4). On November 21, 2019, the Court granted Plaintiff Peter Meyers's application to proceed in forma pauperis (ECF No. 1) and dismissed the complaint without prejudice. (ECF No. 3). The Court found that the, "complaint failed to state facts supporting a claim upon which relief can be granted that would fall under the jurisdiction of this court." (*Id.* at 4). The Court dismissed plaintiff's complaint without prejudice and ordered that plaintiff had until December 23, 2019 to file an amended complaint. (*Id.*) The Court warned that "[f]ailure to timely file an amended complaint that addresses the deficiencies noted in this order may result in a recommendation for dismissal with prejudice." (*Id.*).

Plaintiff has not filed an amended complaint or an objection to the Court's order. For the reasons discussed in the Court's screening order (ECF No. 3) plaintiff's case should be dismissed.

ACCORDINGLY,

IT IS RECOMMENDED that this action be DISMISSED, and Judgment entered, accordingly.

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal

may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

IT IS SO ORDERED.

DATED this 4th day of March 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE